UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

In Re:
Brian Allerheiligen            :      Chapter 13
                               :
                               :      Case No. 15-50156
                               :
     Debtor(s)                 :      Judge Caldwell

## NOTICE OF SUBSTITUTION OF COUNSEL

Upon consent and knowledge of all parties involved per the terms of the agreed upon contract, Lucas Ruffing, is hereby substituted as counsel of record and replaces and relieves Erin Dooley.

Respectfully Submitted,

/s/Lucas Ruffing
Lucas Ruffing(0090609)
Rauser & Associates
5 East Long Street, Suite 300
Columbus, Ohio 43215
Phone: 614-228-4480
Fax: 614-228-4440

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Notice of Substitution of Counsel was sent by regular U.S. mail on October 8, 2015, to the following:

**US Trustee:**
170 N. High Street
Suite 200
Columbus, OH 43215

**Trustee:**
**Frank M Pees**
130 East Wilson Bridge Road
Suite 200
Worthington, OH 43085

**Debtor:**
Brian Allerheiligen
PO Box 1062
Gypsum, CO 81637

                                                          /s/Lucas Ruffing
                                                     Signature of Attorney